**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MANRIQUE BARRIENTOS-RIVAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1131-SLP |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Shon T. Erwin [Doc. No. 10]. The Magistrate Judge recommends that the Court dismiss this action as moot because Petitioner has been removed from the United States and is no longer in the custody of United States Immigration and Customs Enforcement. *See* R&R [Doc. No. 10] at 2-5. The Magistrate Judge advised the Parties of their right to object to the R&R and directed that any objections be filed on or before July 27, 2026. *Id.* at 5. The Parties were further advised that any failure to object would waive the Parties' right to appellate review of the factual and legal issues addressed in the R&R. *Id.* Neither party has filed an objection, nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that the Parties have waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 10] is ADOPTED and this action

is DISMISSED as moot.   A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 28th day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE